**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. AMY HOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-12-0417-HE |
| | ) | |
| 1. STATE FARM MUTUAL | ) | *Honorable Joe Heaton* |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S
NOTICE TO TAKE PLAINTIFF'S DEPOSITION
PURSUANT TO RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    To:        Amy Hough

    By Serving:    Jason B. Reynolds
                     jason@griffinreynoldslaw.com
                     Griffin, Reynolds & Associates
                     210 Southeast 89th Street
                     Oklahoma City, OK 73149
                     **ATTORNEY FOR PLAINTIFF**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, October 23, 2012, beginning at 1:00 p.m. in the office of Lloyd Benedict, 4325 East 51st Street, Suite 103, Tulsa, Oklahoma 74135 (918-477-7000), the Defendant, State Farm Mutual Automobile Insurance Company, will take the deposition of the Plaintiff, **Amy Hough**.

The taking of such deposition, if not completed on the day designated, will be continued from day-to-day at the same time and place between the hours of 9:00 a.m.

and 5:00 p.m. until completed or as otherwise agreed between the parties.  Said deposition is being taken for the purposes of discovery and for use at trial, as well as all other purposes permitted by law.  Please take notice that the deposition will be taken by stenographic means as provided by the Federal Rules of Civil Procedure.

You are invited to attend and examine.

Dated: October 9, 2012.

>
> Respectfully submitted,
>
> WILSON, CAIN & ACQUAVIVA
> 300 N.W. 13th Street, Suite 100
> Oklahoma City, OK 73103
> (405) 236-2600
> (405) 231-0062 (Fax)
>
>  /s/ Joseph T. Acquaviva, Jr.
> Joseph T. Acquaviva, Jr., OBA #11743
> JTAcqua@aol.com
> **ATTORNEY FOR DEFENDANT,**
> **STATE FARM MUTUAL AUTOMOBILE**
> **INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  **X**    I hereby certify that on the 9th day of October, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

_____ I hereby certify that on the ___ day of _____, 2012, I served the attached document by certified, return receipt requested, U.S. mail with proper postage prepaid thereon to the following:

Jason B. Reynolds
jason@griffinreynoldslaw.com
Billy D. Griffin
billy@griffinreynoldslaw.com
Jeremy D. Looper
jeremy@griffinreynoldslaw.com
Griffin, Reynolds & Associates
210 Southeast 89th Street
Oklahoma City, OK 73149
**ATTORNEYS FOR PLAINTIFF**

                                      **/s/ Joseph T. Acquaviva, Jr.**
                                      Joseph T. Acquaviva, Jr.