IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. AMY HOUGH,<br><br>      Plaintiff,<br><br>v.<br><br>1. STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>      Defendant. | CIV-12-0417-HE<br><br>*Honorable Joe Heaton* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Amy Hough, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal with prejudice of the above-referenced matter and all claims asserted or which could have been asserted by Plaintiff against Defendant, with each party to bear their own attorney's fees and costs.

Respectfully submitted,


*/s/ Jason B. Reynolds*
Jason B. Reynolds, OBA #18132
jasrey@aol.com
Billy D. Griffin, OBA #17945
Oculaw2@aol.com
Griffin, Reynolds & Associates
210 Southeast 89th Street
Oklahoma City, OK 73149
**Attorneys for the Plaintiff**


*/s/ Joseph T. Acquaviva, Jr.*
Joseph T. Acquaviva, Jr., OBA #11743
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
JTAcqua@aol.com
**Attorney for Defendant,
State Farm Mutual Automobile
Insurance Company**